# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-40549

---

United States Court of Appeals
Fifth Circuit

**FILED**
January 9, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ARMANDO BAZAN,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:15-CR-975-1

---

Before ELROD, GRAVES, and HO, *Circuit Judges*.

PER CURIAM:*

Armando Bazan, federal prisoner # 64509-079, moves for leave to proceed in forma pauperis (IFP) on appeal from the district court's denial of his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). In order to proceed IFP, Bazan must show that he is a pauper and that he will raise a nonfrivolous appellate issue. *Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982); *see* 28 U.S.C. § 1915(a)(1).

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-40549

A review of Bazan's financial documentation reveals that he is not financially eligible for IFP status. *See Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948).  Accordingly, his motion for leave to proceed IFP is DENIED.  Bazan is ORDERED to pay the clerk of the district court the full appellate filing fee of $505 within 30 days of the date of this order.  The clerk of this court shall dismiss the appeal for want of prosecution if Bazan does not comply with this order.